**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X          **05 CV 4978 (NG) (CLP)**
**ROXANNE LOWELL, et al.,**

                                        **Plaintiff,**

           **-against-**                                                       **ORDER**

**BETTY N. HALL,**

                                        **Defendant.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

           Judge Pollak's Report and Recommendation of April 19, 2007, though unopposed, has

been reviewed by the court and is hereby adopted in its entirety.  The settlement to the infant

plaintiffs is approved, as are attorneys' fees of $2,000 to each.  The parties are directed to file a

stipulation of discontinuance.

                                                            **SO ORDERED.**


                                          _____/s/_____
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated:  Brooklyn, New York
           May 11, 2007