UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROXANNE LOWELL, et al.,

             Plaintiffs,

 -against-

BETTY N. HALL,

             Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV- 4978 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:
★ MAY 21 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Nina Gershon, United States District Judge, having been filed on May 14, 2007, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated April 19, 2007; approving a settlement of $10,000.00 per infant plaintiff; and granting attorneys' fees in the amount of $2,000.00 per infant plaintiff; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted in its entirety; that a settlement of $10,000.00 per infant plaintiff is approved; and that attorneys' fees in the amount of $2,000.00 per infant plaintiff is granted.

Dated: Brooklyn, New York
       May 18, 2007

                                                     ROBERT C. HEINEMANN
                                                     Clerk of Court